UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JACQUELINE MANZANO,

Plaintiff(s),

v.

DISH NETWORK, LLC,

Defendant(s).

Case No. 2:16-CV-34 JCM (NJK)

ORDER

Presently before the court is the parties' stipulation to dismiss with prejudice. (ECF No. 24). Also be the court is defendant Dish Network, LLC's motion for judgment. (ECF No 18).

The parties have agreed that plaintiff will dismiss her claims against defendant with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 24).

Accordingly, with good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' stipulation to dismiss (ECF No. 24) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the complaint in this matter (ECF No. 1) be, and the same hereby is, DISMISSED with prejudice.

IT IS FURTHER ORDERED that defendant Dish Network, LLC's motion for judgment (ECF No. 18) be, and the same hereby is, DENIED as moot.

The clerk shall close the case.

DATED June 16, 2016.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge